KONRAD FURUBOTN, Appellant, v. TANK SHIP BUILDING
          CORPORATION, Respondent.

*Commissions — action to recover amount claimed as commissions for
    procuring orders for construction of ships — insufficiency of evidence
    to sustain verdict.*

*Furubotn* v. *Tank Ship Bldg. Corporation,* 194 App. Div. 735,·
affirmed.

(Argued March 22, 1922; decided April 18, 1922.)

APPEAL from a judgment, entered January 20, 1921,
upon an order of the Appellate Division of the Supreme
Court in the first judicial department, reversing a judg-
ment in favor of plaintiff entered upon a verdict and
directing a dismissal of the complaint. The action was
brought by the plaintiff to recover for commissions
claimed to be due the plaintiff for procuring for the
defendant orders for building two tank ships. The
Appellate Division held that the verdict of the jury was
contrary to the evidence, and that the plaintiff had com-
pletely failed to prove that the tankers were built under
contracts and orders obtained through his efforts or that
the contracts were procured by the plaintiff or that the
orders for the building of the boats were brought about
and obtained by the plaintiff as alleged in the complaint.

*John W. Crandall* for appellant.

*Joseph G. Deane* and *Philip A. Walter* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND,
MCLAUGHLIN, CRANE and ANDREWS, JJ.